1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
   George A. Shohet (SBN 112697)
8  *georgeshohet@gmail.com*
   Law Offices of George A. Shohet
9  245 Main Street, Suite 310
   Venice, California 90291
10 Telephone:    (310) 452-3176
   Facsimile:    (310) 452-2270
11
   Attorneys for Defendants
12 Jonathan Dracup, an individual and d/b/a
   www.buycheapsoftware.com, Buy Cheap
13 Software, Inc., and Softman Products, LLC
   a/k/a Softman Products Company, LLC
14

15                    **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

17
   Adobe Systems Incorporated,          )   Case No. CV11-3880 SC
18                                      )
                    Plaintiff,          )   **STIPULATION TO CONTINUE CASE**
19       v.                             )   **MANAGEMENT CONFERENCE AND**
                                        )   **[PROPOSED] ORDER**
20 Jonathan Dracup, et al.,             )
                                        )   Date:  November 18, 2011
21                  Defendants.         )   Time:  10:00 a.m.
                                        )   Court: Hon. Samuel Conti
22                                      )
   _____)
23

24       PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Jonathan Dracup, an

25 individual and d/b/a www.buycheapsoftware.com; Buy Cheap Software, Inc.; and Softman

26 Products, LLC a/k/a Softman Products Company, LLC (collectively "Defendants"), by and through

27 their respective counsel of record, hereby stipulate and agree as follows:

28

Adobe v. Dracup, et al.: Stip to Continue CMC        - 1 -

WHEREAS Plaintiff filed its complaint on or about August 8, 2011;

WHEREAS Plaintiff is to serve Defendants on or before December 6, 2011;

WHEREAS Defendants' counsel has agreed to accept service for Defendants;

WHEREAS Plaintiff mailed a waiver of service to Defendants on or about October 25, 2011;

WHEREAS Defendants have not yet returned the waiver of service and have until November 24, 2011, to do so;

WHEREAS, upon return of the waiver of service within the prescribed timeframe, Defendants shall have until December 24, 2011, to respond to the Complaint;

WHEREAS Defendants have not yet filed a response to the Complaint;

WHEREAS the Parties are attempting to resolve the claims alleged in the Complaint without further intervention of the Court;

WHEREAS continuing the Case Management Conference until after Defendants have been served and have had a chance to respond to the Complaint would be the most efficient use of the Court's time and resources;

WHEREAS continuing the Case Management Conference and all corresponding deadlines will provide the Parties with additional time to engage in discussions to resolve this matter; and

/ / /

/ / /

NOW, THEREFORE, Plaintiff and Defendants stipulate and request the Court continue the Joint Case Management Conference for approximately ninety (90) days, or not earlier than February 17, 2012.

IT IS SO STIPULATED.

DATED: 11/2, 2011    J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: Nov. 2, 2011    Law Offices of George A. Shohet

By: /s/ George A. Shohet
George A. Shohet
Attorney for Defendants Jonathan Dracup, an individual and d/b/a www.buycheapsoftware.com, Buy Cheap Software, Inc., and Softman Products, LLC a/k/a Softman Products Company, LLC

[PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS HEREBY ORDERED that the Case Management Conference shall be continued until February 24, 2012 @ 10:00 a.m.

DATED: 11/3, 2011

Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

Adobe v. Dracup, et al.: Stip to Continue CMC    - 3 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On November 2, 2011, I served the:

- **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

for the following civil action:

<u>Adobe Systems Incorporated v. Dracup, et al.</u>

on the following interested parties in this action:

| |
|---|
| George A. Shohet |
| Law Offices of George A. Shohet |
| 245 Main Street, Suite 310 |
| Venice, CA 90291 |

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on November 2, 2011, at Glendale, California.

_____/s Nicole L. Drey_____
Nicole L. Drey