1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  George A. Shohet (SBN 112697)
   *georgeshohet@gmail.com*
9  Law Offices of George A. Shohet
   245 Main Street, Suite 310
10 Venice, California 90291
   Telephone:    (310) 452-3176
11 Facsimile:    (310) 452-2270

12 Attorneys for Defendants
   Jonathan Dracup, an individual and d/b/a
13 www.buycheapsoftware.com, Buy Cheap
   Software, Inc., and Softman Products, LLC
14 a/k/a Softman Products Company, LLC

15

16                 **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

18 Adobe Systems Incorporated,            )   Case No. CV11-3880 SC
                                          )
19             Plaintiff,                 )   **SECOND STIPULATION TO**
       v.                                 )   **EXTEND TIME TO RESPOND TO**
20                                        )   **COMPLAINT**
   Jonathan Dracup, et al.,               )
21                                        )
               Defendants.                )
22                                        )
                                          )
23 _____)

24     PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Jonathan Dracup, an

25 individual and d/b/a www.buycheapsoftware.com; Buy Cheap Software, Inc.; and Softman

26 Products, LLC a/k/a Softman Products Company, LLC (collectively "Defendants"), by and through

27 their respective counsel of record, hereby stipulate and agree as follows:

28

Adobe v. Dracup, et al.:  Stip to Extend Time to Respond to           - 1 -
Complaint

WHEREAS Plaintiff filed its Complaint on or about August 8, 2011;

WHEREAS a Stipulation to Extend Time to Respond was previously filed by the Parties on December 22, 2011, Docket No. 15, extending Defendants' time to respond to January 23, 2012;

WHEREAS Defendants have not yet filed a response to the Complaint;

WHEREAS the Parties are continuing their efforts to resolve the claims alleged in the Complaint without further intervention of the Court;

WHEREAS the Parties agree that good cause exists for an additional brief extension of time for Defendants to respond to the Complaint; and

WHEREAS the Parties need not receive an order from the Court to extend the date by which Defendants are to respond, pursuant to Local Rule 6-1, as this extension will not alter any dates or deadlines already fixed by Court order.

NOW, THEREFORE, the Parties stipulate that Defendants shall have through and until January 30, 2012, to respond to the Complaint.

IT IS SO STIPULATED.

DATED: Jan. 19, 2012       J. Andrew Coombs, A Professional Corp.

By: /s/ Annie S. Wang
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: Jan. 19, 2012       Law Offices of George A. Shohet

By: George A. Shohet
Attorney for Defendants Jonathan Dracup, an individual and d/b/a www.buycheapsoftware.com, Buy Cheap Software, Inc., and Softman Products, LLC a/k/a Softman Products Company, LLC

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On January 23, 2012, I served the:

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

for the following civil action:

Adobe Systems Incorporated v. Dracup, et al.

on the following interested parties in this action:

> George A. Shohet
> Law Offices of George A. Shohet
> 245 Main Street, Suite 310
> Venice, CA 90291

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on January 23, 2012, at Glendale, California.


_____
Katrina Bartolome