J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

George A. Shohet (SBN 112697)
georgeshohet@gmail.com
Law Offices of George A. Shohet
245 Main Street, Suite 310
Venice, California 90291
Telephone:   (310) 452-3176
Facsimile:    (310) 452-2270

Attorneys for Defendant Heather Dracup

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Adobe Systems Incorporated, | ) | Case No. CV11-3880 SC |
|---|---|---|
| Plaintiff, | ) | JOINT STIPULATION TO DISIMISS DEFENDANT HEATHER DRACUP WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) |
| v. | ) | |
| Jonathan Dracup, et al., | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant Heather Dracup by and through their respective counsels of record, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed its complaint against Defendant Heather Dracup on or about August 8, 2011;

WHEREAS Defendant Heather Dracup has not served an answer or motion for summary judgment;

WHEREAS based upon Defendant Heather Dracup's representations, Plaintiff has agreed to dismiss, without prejudice, Defendant Heather Dracup from this action;

WHEREAS Defendant Heather Dracup agrees that any and all applicable statutes of limitations are tolled effective August 8, 2011, through and until the earlier of the final disposition or end of the discovery period of the above-captioned action ;

NOW, THEREFORE, the Parties stipulate and agree that based upon the above agreements, Defendant Heather Dracup, only, shall be dismissed without prejudice, each party to bear its own costs and fees.

IT IS SO STIPULATED.

DATED:   March 6, 2012           J. Andrew Coombs, A Professional Corp.

By:   /s/ Annie S. Wang
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED:   March 6, 2012           Law Offices of George A. Shohet

By:   /s/ George A. Shohet
George A. Shohet
Attorney for Defendant Heather Dracup

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant Heather Dracup, only, shall be dismissed without prejudice, any and all applicable statutes of limitations are tolled effective August 8, 2011, through and until the earlier of the final disposition or end of the discovery period of the above-captioned action, and each party to bear its own costs and fees.

DATED:   3/13/12

_____
Hon. Samuel Conti
United States

IT IS SO ORDERED
Judge Samuel Conti