IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | ) Case No. 11-3880 SC |
| Plaintiff, | ) ORDER REQUIRING DEFENDANTS |
| v. | ) TO FILE SUPPLEMENTARY <u>DOCUMENTS</u> |
| JONATHAN DRACUP, an individual d/b/a www.buycheapsoftware.com, BUY CHEAP SOFTWARE, INC., and SOFTMAN PRODUCTS, LLC, a/k/a Softman Products Company, LLC, | ) |
| Defendants. | ) |

Now before the Court is Defendants' Motion to Dismiss or Transfer for Improper Venue, or, Alternatively, to Transfer for Convenience. ECF No. 19 ("Mot."). Defendants' Motion argues, inter alia, that this case should be transferred to the Central District of California. <u>Id.</u> at 12. Defendants base this argument on the existence of an earlier case between these parties, <u>Softman Products Company LLC v. Adobe Systems Incorporated</u>, No. CV00-04161DDP (AJWX) ("<u>Softman I</u>"). On July 30, 2003, the presiding judge in that case, United States District Judge Dean D. Pregerson, approved a stipulated settlement and entered a stipulated permanent injunction in that case. Mot. at 12; ECF No. 19-1 ("Dracup Decl.")

¶6; Dracup. Decl. Ex. A ("Softman I Order"). Judge Pregerson, who sits in the Central District of California, "retain[ed] jurisdiction" over (1) a Settlement Agreement and (2) a Stipulated Permanent Injunction filed in the earlier case. Softman I Order at 2.

Defendants' argument therefore implicates the contents of the Settlement Agreement and Stipulated Permanent Injunction filed in Softman I. However, Defendants have not supplied the Court with copies of those documents.

Accordingly, Defendants are hereby ORDERED to electronically file a declaration in this case with true and complete copies of the Softman I Settlement Agreement and Stipulated Permanent Injunction attached. Defendants shall complete the required filing no later than 3:00 p.m. on Thursday, April 5, 2012.

IT IS SO ORDERED.

Dated: April 3, 2012

UNITED STATES DISTRICT JUDGE

2