1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Adobe Systems Incorporated, | ) | Case No.: C11-3880 SC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF ADR DEADLINE AND DELAY ON RULING |
| v. | ) | |
| Jonathan Dracup, et al., | ) | |
| Defendants. | ) | |

The Parties having submitted a Joint Stipulation to Extend Deadline to Complete ADR and Request for Court to Delay Ruling on Defendants' Pending Motion to Dismiss or Transfer;

And good cause being shown, the request is GRANTED.  Mediation must be completed by May 15, 2012, and the Court's ruling on Defendants' Motion to Dismiss or Transfer (Docket No. 18) will be issued after that date in the absence of a filed Notice of Settlement or its equivalent.

IT IS SO ORDERED.


Dated:   April 9, 2012               _____
                                     Hon. Samuel Conti
                                     United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By:   /s/ Annie S. Wang
         J. Andrew Coombs
         Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Dracup, et al.:  Proposed Order Granting Stipulation to Continue and Delay Ruling   - 1 -